Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Amerivet Services LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MICHIGAN - EDMI** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Abrasive Solutions** 12875 Mack Ave Cement City, MI 49233 | | trade account | | | | $25,153.00 |
| **Ally Financial** 200 Renaissance Ctr Detroit, MI 48243 | | 2020 Ram 4500 | | $65,492.00 | $65,000.00 | $65,492.00 |
| **Alro Steel** PO Box 541005 Detroit, MI 48264 | | trade account | | | | $19,612.54 |
| **American Express Business Cash Card** P.O. Box 650448 Dallas, TX 75265 | | credit card | | | | $3,841.09 |
| **American Express Business Plus** P.O. Box 650448 Dallas, TX 75265 | | credit card | | | | $3,527.05 |
| **Billd** 2700 W Anderson Lane #206 Austin, TX 78756 | | material funding | | | | $78,952.00 |
| **CFG** 765 East Route 70. Building A-101. Marlton, NJ 08053 | | loan | | | | $56,475.00 |
| **Chase Business Visa** PO BOX 6226 Chicago, IL 60680-6026 | | credit card | | | | $26,881.03 |
| **Comerica Bank** P.O. Box 790408 Saint Louis, MO 63179 | | credit card | | | | $28,000.00 |

Debtor **Amerivet Services LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Daniels Building Company** 33900 Eight Mile Rd. Farmington, MI 48335 | | collection | **Unliquidated Disputed** | | | $10,000.00 |
| **Forward Financing** 53 State St, Boston, MA 02109 | | loan | | | | $50,000.00 |
| **Grarret Brown** 12795 Silver Lake Rd. Brighton, MI 48116 | | shareholder loan | | | | $20,000.00 |
| **Kabbage** 730 Peachtree Street Atlanta, GA 30308 | | line of credit | | | | $24,950.32 |
| **On Deck** 1400 BROADWAY 25TH FLOOR New York, New York, NY 10018 | | term loan | | | | $95,336.25 |
| **On Deck** 1400 BROADWAY 25TH FLOOR New York, New York, NY 10018 | | line of credit | | | | $22,445.62 |
| **Pay Pal Credit Services** Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | credit card | | | | $2,870.75 |
| **SBA** 801 Tom Martin Dr. Ste. 120 Birmingham, AL 35211 | | economic injury disaster loan | | $295,000.00 | $40,010.00 | $254,990.00 |
| **Sugar Steel Corporation** 2521 State Street Chicago Heights Chicago Heights, IL 60411 | | trade account | | | | $23,341.93 |
| **Sunbelt Rentals Inc.** 48595 Grand River Avenue, Novi, MI 48374 | | trade account | | | | $7,717.14 |
| **TMS Metalizing Systems** 7765 NW Eldorado Blvd Ste 101 Bremerton, WA 98312 | | trade account | | | | $16,083.00 |