# United States Bankruptcy Court
## Eastern District of Michigan - EDMI

In re  **Amerivet Services LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

☐ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:  
Address:

**(For additional names, attach an addendum to this form)**

■ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  **February 4, 2022**

**/s/ Garret Brown**  
Signature of Authorized Individual  
For Corporation Debtor

**Garret Brown**  
Print Name

**owner**  
Title